PLATE v. DETROIT FIDELITY & SURETY CO.

This case is controlled by *Plate* v. *Detroit Fidelity & Surety Co., ante,* 482.

Appeal from Lenawee; La Joie (Ernest P.), J., presiding.    Submitted October 15, 1924.    (Docket No. 90.)    Decided December 31, 1924.

Bill by Carrie E. Plate, administratrix of the estate of Edson L. Potter, deceased, and another against the Detroit Fidelity & Surety Company for the cancellation of a stock subscription on the ground of fraud in its procurement.    From a decree for plaintiffs, defendant appeals.    Affirmed.

*Baldwin & Alexander,* for plaintiffs.

*Sheridan F. Master,* for defendant.

FELLOWS, J.    Plaintiff Carrie E. Plate is administratrix of the estate of her father, Edson L. Potter; she is joined in this suit with her mother, Melvina M. Potter.    She is plaintiff individually in *Plate* v. *Detroit Fidelity & Surety Co., ante,* 482, handed down herewith.    The sale of stock of defendant company to Mr. and Mrs. Potter was made by the same agent and upon the same representations as in the other case; the same questions are involved in this case as in that one and this case is controlled by the opinion in that case.

For the reasons stated by Mr. Justice WIEST in that case, the decree in this case will be affirmed.    Plaintiffs will recover costs in this court.

CLARK, C. J., and McDONALD, SHARPE, STEERE, and WIEST, JJ., concurred.    BIRD and MOORE, JJ., did not sit.